## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Douglas K. Harris, | Civil No. 16-4007 (DWF/BRT) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Juvenile Court Saint Paul Minnesota; Dana Jobart Hayes; Paul McDonal; Patricia Stotzheim; LuNhia Yang; Randy Crooms; Theresa, last name unknown; and Juvenile Court Division, | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated February 8, 2017. (Doc. No. 10.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

### ORDER

1. Magistrate Judge Becky R. Thorson's February 8, 2017 Report and Recommendation (Doc. No. [10]) is **ADOPTED**.

2. This action is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

3.     The motion for default judgment of Plaintiff Matthew K. Harris (Doc. No. [9]) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 23, 2017            s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge